# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 16, 2017

### NO. 03-15-00020-CV

**James V. Long, Appellant**

**v.**

**Southwest Funding, L.P.; OneWest Bank, FSB; IndyMac Mortgage Services; and Deutsche Bank National Trust, Co., Appellees**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE BOURLAND**

---

This is an appeal from the orders signed by the trial court on January 21, 2014 and October 9, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.